UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD B. COLLINS,<br><br>          Plaintiff,<br><br>vs.<br><br>DIRECTOR OF C.D.C., et al.,<br><br>          Defendants.<br>_____/ | 1:04-cv-05304-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 25)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |

   Plaintiff Ronald B. Collins ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On November 4, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30)

1

days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 4, 2005, is ADOPTED IN FULL; and,

2. This action is DISMISSED, with prejudice, for plaintiff's failure to state a claim against upon which relief may be granted under section 1983.

3. The Clerk is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  December 16, 2005**              /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE

2